■ IMPERIAL BRONZELITE PRODUCTS, DIVISION OF ESQUIRE, INC., Appellant-Respondent, v HARTFORD FIRE INSURANCE COMPANY et al., Respondents-Appellants, et al., Defendant. (Appeal No. 1.) — Order unanimously affirmed, without costs, on the memorandum decision at Special Term, Lynch, J. (Appeal from order of Supreme Court, Onondaga County, Lynch, J. — dismiss cause of action.) Present — Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.

■ KATHLEEN J. JONES, Respondent, v MICHAEL J. MACKAY, Appellant. — Order unanimously affirmed, with costs (see *Matter of Brescia v Fitts,* 56 NY2d 132; *Matter of Michaels v Michaels,* 56 NY2d 924). (Appeal from order of Oneida County Family Court, Flemma, J. — child support.) Present — Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.